IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA,
HAMMOND DIVISION

FILED
JUL 31 2008
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT P. BROOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 01-CV-100 JM |
| | ) Asbestos Case |
| A&M INSULATION COMPANY, a | ) |
| dissolved Illinois Corporation, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF FIRM ADDRESS

Effective August 1, 2008, the law firm of STAMOS & TRUCCO LLP, currently located at 30 West Monroe Street, Suite 1600, Chicago, Illinois 60603, will be relocating its offices to:

STAMOS & TRUCCO LLP
1 East Wacker Drive
Suite 300
Chicago, Illinois 60601
Phone – (312) 630-7979
Fax – (312) 630-1183

The telephone and fax numbers will remain the same. Please change your records accordingly to reflect our new address.

*/s/ Michael T. Trucco*

One of the Attorneys for Defendant,
Shell Oil Company

Michael T. Trucco
STAMOS & TRUCCO LLP
30 West Monroe Street
Suite 1600
Chicago, Illinois 60603
(312) 630-7979
(ARDC# 06183389)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA,
HAMMOND DIVISION

FILED
JUL 3 1 2008
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT P. BROOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 01-CV-100 JM |
| | ) Asbestos Case |
| A&M INSULATION COMPANY, a | ) |
| dissolved Illinois Corporation, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney, on oath, deposes and states that she caused a true and correct copy of **Notice of Change of Firm Address**, to be served, via First Class Mail, postage prepaid, addressed to:

See attached Service List

by depositing same in the U.S. Mail located at Dearborn and Madison Streets, Chicago, Illinois before the hour of 5:00 p.m. on July 29, 2008.

*Patricia Earley*

Subscribed and sworn to
before me this 29th day
of July, 2008.

*Denise M. Vasquez*
Notary Public

"OFFICIAL SEAL"
Denise M. Vasquez
Notary Public, State of Illinois
My Commission Exp. 10/07/2008

ROBERT P. BROOKER v. A&M INSULATION COMPANY, ET AL.
CASE NO.:01-CV-100 JM
S&T File No.: 621-005

FILED
JUL ? 1 2008
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## SERVICE LIST

**Attorney for Plaintiff**

Michael P. Cascino, Esq.
Cascino and Vaughan
403 West North Avenue
Chicago, IL 60614
(312) 944-0600

**Attorney for Chicago Protective Apparel, an Illinois Corporation**

Jason L. Kennedy, Esq.
Segal McCambridge Singer and Mahoney, Ltd.
One IBM Plaza
330 North Wabash, Suite 200
Chicago, IL 60611
(312) 645-7800

**Attorney for Combustion Engineering Inc., a Delaware Corporation and Unifrax Inc., a Delaware Corporation**

Christopher D. Lee, Esq.
Kahn Dees Donovan and Kahn
P.O. Box 3646
501 Main Financial Plaza
Suite 305
Evansville, IN 47712-3646
(812) 423-3183

**Attorney for Industrial Holdings Co., a New York Corporation**

Joseph Stalmack, Esq.
Joseph Stalmack and Associates
5253 Hohman Avenue
Hammond, IN 46325
(219) 937-3700

**Attorney for Luse Stevenson Co., a Illinois Corporation**

Robert Spitkovsky, Esq.
Johnson and Bell
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

**Attorney for Rapid-American Corporation, a Delaware Corporation**

Douglas B. King, Esq.
James M. Boyers, Esq.
Wooden and McLaughlin
1600 Capital Center South
201 N. Illinois Street
Indianapolis, IN 46204
(317) 639-6151

**Attorney for Swindell-Dressler**
**International Co., a Delaware**
**Corporation**

Connie J. Postelli, Esq.
Johnson and Bell
9000 Indianapolis Blvd, Suite A
Highland, IN 46322
(219) 923-5250

**Attorney for Techint Technologies, a**
**Pennsylvania Corporation**

Bruce P. Clark, Esq.
Andrew M. Yoder, Esq.
Bruce P. Clark and Associates
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321-1581
(219) 836-9888

**Attorney for WTI Rust Holdings**
**International, a Delaware Corporation**

Thomas S. Ehrhardt, Esq.
Kopka Landau and Pinkus
5240 Fountain Drive, Suite E
Crown Point, IN 46307-1000
(219) 794-18888